**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheryl Laidlaw and Bernie Sanchez-Bell,<br><br>Plaintiffs,<br>v.<br><br>Walgreens, Co.,<br><br>Defendant. | No. 09-CV-8154-PHX-PGR<br><br>**ORDER** |

Pursuant to the stipulation of dismissal (Doc. 24), all parties agree that this case be dismissed with prejudice as to all claims against Defendant Walgreens, Co. Accordingly,

IT IS HEREBY ORDERED dismissing the above-entitled matter with prejudice, each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED that the status conference scheduled for March 8, 2010 is hereby **vacated**.

DATED this 12th day of February, 2010.

Paul G. Rosenblatt
United States District Judge